1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6 Attorneys for Mr. Mendoza-Cardenas
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08MJ2359
                                    )
12         Plaintiff,                )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 **EFREIN MENDOZA-CARDENAS,**     )
                                    )
15         Defendant.                )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
19 in the above-captioned case.
20                                         Respectfully submitted,
21 Dated: August 5, 2008                   s/ *Michelle Betancourt*
                                           **MICHELLE BETANCOURT**
                                           Federal Defenders of San Diego, Inc.
22                                         Attorneys for Defendant
                                           michelle_betancourt@fd.org
23
24
25
26
27
28

1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Mendoza-Cardenas

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   Case No. 08mj2359
                                        )
12              Plaintiff,              )
                                        )
13 v.                                   )   PROOF OF SERVICE
                                        )
14 **EFREIN MENDOZA-CARDENAS,**         )
                                        )
15              Defendant.              )
                                        )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20         Assistant United States Attorney
           Efile.dkt.gc2@usdoj.gov
21

22 Dated: August 5, 2008                          s/ Michelle Betancourt
                                              MICHELLE BETANCOURT
                                              Federal Defenders
23                                            225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
24                                            (619) 234-8467 (tel)
                                              (619) 687-2666 (fax)
25                                            e-mail: michelle_betancourt@fd.org

26

27

28