

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff, )<br>v.                            )<br>EFREIN MENDOZA-CARDENAS, )<br>           Defendant. ) | Magistrate Case No. 08MJ2359-JMA<br><br>**DETENTION ORDER** |

A. <u>Order For Detention</u>
After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. <u>Statement of Reasons For The Detention</u>
The Court orders the defendant's detention because it finds:
   ✓   By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
   ___   By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

C. <u>Finding Of Fact</u>
The Court's findings are based on the evidence which was presented to Court and that which was contained in the pretrial Services report, and includes the following:
   ✓   (1) Nature and circumstances of the offense charged:
       X   (a) The offense charged is:

**21:952 AND 960**

       ___  (b) The offense is a crime of violence.
       ✓  (c) The offense involves a narcotic drug.
       ✓  (d) The offense involves a large amount of controlled substances, to wit:
       16.04 kg/35.28 pounds of cocaine
   ✓   (2) The weight of the evidence against the defendant is strong.
   ✓   (3) The history and characteristics of the defendant including:
       (a) General Factors:
          ___ The defendant appears to have a mental condition which may affect whether the defendant will appear.

```
 1                    _____  The defendant has no family ties in the area.
                      _____  The defendant has no steady employment.
 2                      ✓    The defendant has no substantial financial resources.
                        ✓    The defendant is not a long time resident of the community.
 3                    _____  The defendant does not have any significant community ties.
                      _____  Past conduct of the defendant:_____
 4                           _____
                             _____
 5                    _____  The defendant has a history relating to drug abuse.
                      _____  The defendant has a history relating to alcohol abuse.
 6                    _____  The defendant has a significant prior criminal record.
                      _____  The defendant has a prior record of failure to appear at court
 7                           proceedings.
             (b) Whether the defendant was on probation, parole, or release by a court:
 8               At the time of the current arrest, the defendant was on:
                      _____  Probation
 9                    _____  Parole
                      _____  Release pending trial, sentence, appeal or completion of sentence.
10           (c) Other Factors:
                      _____  The defendant is an illegal alien and is subject to deportation.
11                    _____  The defendant is a legal alien and will be subject to deportation
                             if convicted.
12                      ✓    Other: — Long-time resident of Mexicali, Mexico
                                     — Immediate family all resides in Mexico
13                                   — Evident the lives in Mexicali [illegible]
                                     — [illegible]
14           _____ (4) The nature and seriousness of the danger posed by the defendant's release are
                       as follows:_____
15                           _____

16             ✓    (5) Rebuttable Presumptions
                       In determining that the defendant should be detained, the Court also
17                     relied on the following rebuttable presumption(s) contained in 18
                       U.S.C. § 3142(e) which the Court finds the defendant has not rebutted:
18                 _____  a. That no condition or combination of conditions will
                           reasonably assure the appearance of the defendant as required
19                         and the safety of any other person and the community because
                           the Court finds that the crime involves:
20                            _____ (A) A crime of violence; or
                              _____ (B) An offense for which the maximum penalty is life imprisonment
21                                      or death; or
                              _____ (C) A controlled substance violation which has a maximum penalty
22                                      of 10 years or more; or
                              _____ (D) A felony after the defendant had
23                                      been convicted of two or more
                                        prior offenses described in (A)
24                                      through (C) above, and the
                                        defendant has a prior conviction
25                                      for one of the crimes mentioned
                                        in (A) through (C) above which is
26                                      less than five years old and which
                                        was committed while the
27                                      defendant was on pretrial release.
                     ✓    b. That no condition or combination of conditions will
28                          reasonably assure the appearance of the defendant as required
                            and the safety of the community because the Court finds that
```

Handwritten margin notes:
- Max/min. of Dept/maximum sentence of life is [illegible]
- Guideline Level 34 — 151-188 mos+

there is probable cause to believe:

  _____ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

  _____ (B) That the defendant has committed an offense under 18 U.S.C. § 924(c) (uses or carries a firearm during and in relation to any crime of violence, including a crime of violence, which provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device).

D.   Additional Directives

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and

The defendant be afforded reasonable opportunity for private consultation with counsel; and,

That, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

This order is made without prejudice to modification by this Court and without prejudice to the Defendant's exercise of the right to bail.

Dated: <u>AUGUST 5, 2008</u>

                  JAN M. ADLER
                  **United States Magistrate Judge**